Wm. P. Greenhill and Harold Greenhill, trading as Wm. P. Greenhill & Son, appellees, v. Arthur R. Peterson and Edward Flaherty, appellants. Gen. No. 35,810.

Opinion filed October 4, 1932.

William B. Greene, for appellants. Marshall & Marshall, for appellees; Frank G. Marshall, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.